```
                                                         FILED
                                                  U.S. DISTRICT COURT

BRETT L. TOLMAN, United States Attorney (#8821)
CARLIE CHRISTENSEN, Assistant United States Attorney (#06323)  2009 JUL -1  P 12:08
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)
Attorneys for the United States of America                DISTRICT OF UTAH
185 South State Street, #300
Salt Lake City, Utah  84111                              BY:_____
Telephone: (801) 524-5682                                      DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Case No. **SEALED** |
| Plaintiff, | : FELONY INFORMATION |
| vs. | : VIO. 18 U.S.C. §§ 1163, 16 U.S.C. § 470ee(a), 16 U.S.C. § 470ee(b), THEFT OF PROPERTY FROM INDIAN TRIBAL LANDS, EXCAVATION OF ARCHAEOLOGICAL ARTIFACTS, TRANSPORTATION OF ARCHAEOLOGICAL ARTIFACTS, FORFEITURE |
| JERRICA REDD, | : |
| Defendant. | : |

```
Case: 2:09cr00467
Assigned To : Kimball, Dale A.
Assign. Date : 7/1/2009
Description: USA v Sealed
```

The United States Attorney charges:

COUNT 1
(18 U.S.C. § 1163)

On or about April 5, 2008, in the Central Division of the District of Utah,

JERICCA REDD,

the defendant herein, did receive, conceal, and retain property belonging to an Indian tribal

organization, with a value of more than $1,000 to wit: a black on red pottery vessel with four

drilled holes, black on red seed jar, and a black on red vase with missing handle knowing that said property was embezzled, stolen, and converted, all in violation of 18 U.S.C. § 1163.

COUNT 2
(16 U.S.C. § 470ee(a))

On or about April 5, 2008, in the Central Division of the District of Utah,

JERICCA REDD

the defendant herein, did knowingly excavate, remove, damage, and attempt to excavate, remove and damage in violation of federal law, archaeological resources located on Indian lands, with a value of more than $500, to wit: a black on red pottery vessel with four drilled holes, a black on red seed jar, and a black on red vase with missing handle, all in violation of 16 U.S.C. § 470ee(b).

COUNT 3
(16 U.S.C. § 470ee(b))

On or about April 5, 2008, in the Central Division of the District of Utah,

JERICCA REDD

the defendant herein, did knowingly transport, in violation of federal law, archaeological resources located on Indian lands, with a value of more than $500, to wit: a black on red pottery vessel with four drilled holes, a black on red seed jar, and a black on red vase with missing handle all in violation of 16 U.S.C. § 470ee(b).

NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in Counts 2 and 3 of this Indictment, the Defendant shall forfeit to the United States pursuant to 16 U.S.C. §470gg(b) all archaeological resources with respect to which a violation of 16 U.S.C. § 470ee(a) occurred and all vehicles and equipment of any person which were used in any manner or part to commit and facilitate the commission of such offense.

DATED this 1st day of July 2009.

BRETT TOLMAN
United States Attorney

CARLIE CHRISTENSEN
RICHARD D. MCKELVIE
Assistant United States Attorneys